IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIA GUADALUPE GALENO CLAUDIA POIEZ, ESTHER ALVAREZ, MARTHA MACIAS, ESMERALDA BUCIO, MARICELA RAMIREZ, JUANA NIEVES, LUZ MARIA RAMIREZ, and RUBEN MACIAS, on behalf of themselves and on behalf of all other persons similarly situated known and unknown,<br><br>        Plaintiffs,<br><br>v.<br><br>TAQUERIA EL MESON, INC., and JOSE TORRES, individually,<br><br>        Defendants. | Case No. 07 C 6619<br><br>Judge Kennelly<br><br>Magistrate Judge Schenkier |

**NOTICE OF FILING**

To:     Douglas M. Werman
        Maureen A. Bantz
        Werman Law Office, P.C.
        77 W. Washington St., Suite 1402
        Chicago, IL 60602

Please Take Notice that on the 4th day of February, 2008, the following was filed with the United States Court for the Northern District of Illinois, Eastern Division: **ANSWER TO COMPLAINT.**

                                                           s/ Homero Tristan
                                                           One of Their Attorneys

Homero Tristan
Tristan & Gonzalez, LLC
11 E. Adams, Suite 1100
Chicago, Illinois 60603
(312) 345-9200
Atty. No. 6256994

## CERTIFICATE OF SERVICE

I, Homero Tristan, an attorney, hereby certify that I caused a copy of the aforementioned Answer, referred to herein to be served upon the persons named above at the addresses stated by mailing same, postage prepaid, via the United States Mail at 11 E. Adams, Suite 1100, Chicago, IL 60603, before 5:00pm; and sending the same via electronic courtesy of the CM/ECF system for the Clerk of the United States District Court Northern District of Illinois, Eastern Division on February 4, 2008.

                                                s/ Homero Tristan
                                                One of Their Attorneys