**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                        Case Number: 07 C 6619

Maria Guadalupe Galeno, et al.
vs.
Taqueria El Meson, Inc. and Jose Torres, Individually

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants, Taqueria El Meson, Inc. and Jose Torres, Individually

| NAME (Type or print) |  |
|---|---|
| HOMERO TRISTAN |  |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ HOMERO TRISTAN |

| FIRM |
|---|
| TRISTAN & GONZALEZ, LLC |

| STREET ADDRESS |
|---|
| 11 E. ADAMS, SUITE 1100 |

| CITY/STATE/ZIP |
|---|
| CHICAGO, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6256994 | 312-345-9200 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |