**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Maria Guadalupe Galeno, et al.
                              Plaintiff,

v.                                           Case No.: 1:07−cv−06619
                                             Honorable Matthew F. Kennelly

Taqueria El Meson, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 19, 2008:

MINUTE entry before Judge Honorable Matthew F. Kennelly:Status hearing held on 3/19/2008 and continued to 4/15/2008 at 09:30 AM. Defendant's attorney fails to appear. Defendant's attorney, Homero Tristan, is ordered to appear in person at the next status hearing. If he fails to appear, an order of default may be entered as to both defendants. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.