IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIA GUADALUPE GALENO CLAUDIA POIEZ, ESTHER ALVAREZ, MARTHA MACIAS, ESMERALDA BUCIO, MARICELA RAMIREZ, JUANA NIEVES, LUZ MARIA RAMIREZ, and RUBEN MACIAS, on behalf of themselves and on behalf of all other persons similarly situated known and unknown, <br><br> Plaintiffs, <br><br> v. <br><br> TAQUERIA EL MESON, INC., and JOSE TORRES, individually, <br><br> Defendants. | Case No. 07 C 6619 <br><br> Judge Kennelly <br><br> Magistrate Judge Schenkier |

**DEFENDANT'S EMERGENCY MOTION TO CONTINUE HEARING DATE**

NOW COMES the Defendants, Taqueria El Meson, Inc. and Jose Torres, by and through their attorneys Tristan & Gonzalez, LLC, and for its Emergency Motion to Continue Hearing Date, state as follows:

1. On April 15, 2008, a status hearing was scheduled to take place in courtroom 2103 before the Hon. Judge Kennelly.

2. On April 15, 2008, the Defendants were to be represented in this Court by Laura Gonzalez, an associate of Tristan & Gonzalez, LLC, the Defendant's attorneys of record. Unfortunately, Ms. Gonzalez was stalled on the Chicago Transit Authority's Blue Line train in this morning's documented rail breakdown. Ms. Gonzalez could not attend the April 15, 2008 status and a substitute counsel was

immediately notified and did in fact attend the status. (See affidavit attached hereto as Exhibit "A").

3. On April 15, 2008, the Hon. Judge Kennelly ordered that a status be scheduled for April 21, 2008. The Honorable Judge ordered that Defendants must produce documents and that Homero Tristan must appear personally and respond to a rule to show cause.

4. Defendant's counsel, Homero Tristan, will be in California April 20 through April 22, 2008, with a client for business purposes. (See attached itinerary attached hereto as Exhibit "B").

5. On April 15, 2008, our offices communicated with Plaintiff's counsel, Maureen Bantz, and have verified that Plaintiff would send counsel to attend this motion noticed for Thursday, April 17, 2008 motion.

6. After receiving notice of the April 21, 2008 status hearing, Defendant's lead counsel, Homero Tristan, was unable to cancel or reschedule his business trip to California and prays that this Court grant the Defendant's Emergency Motion to Continue the Hearing Date so he may have an opportunity to respond to the Honorable Judge's rule to show cause.

Respectfully Submitted,

Taqueria El Meson, Inc. and Jose Torres

_____

By: One of Their Attorneys

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARIA GUADALUPE GALENO CLAUDIA POIEZ, ESTHER ALVAREZ, MARTHA MACIAS, ESMERALDA BUCIO, MARICELA RAMIREZ, JUANA NIEVES, LUZ MARIA RAMIREZ, and RUBEN MACIAS, on behalf of themselves and on behalf of all other persons similarly situated known and unknown, | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07 C 6619 |
| v. | ) ) | Judge Kennelly |
| TAQUERIA EL MESON, INC., and JOSE TORRES, individually, | ) ) ) | Magistrate Judge Schenkier |
| Defendants. | ) ) | |

## AFFIDAVIT

I, Laura Gonzalez, am of an age 18 years or older of sound mind and hereby declare under penalty of perjury the following;

1. I am an associate of Tristan & Gonzalez, LLC, the attorneys of record for the Defendants.

2. I have personal knowledge of the facts and allegations made in the Defendant's Motion to Continue the Hearing Date attached hereto.

3. On April 15, 2008, I was to appear on behalf of the Defendants in courtroom 2103 before the Hon. Judge Kennelly.

4. On April 15, 2008, due to the CTA's Blue Line shut down, I was severely delayed and as a result could not attend the April 15, 2008, status. I called my law firm and requested that Alfred Quijano, my fellow associate attend the status in my place.

5. If necessary, I am prepared to testify with regard to the facts and allegations in the motion to continue the hearing date and can testify truthfully thereto.



1

6. The affiant further states not.

_Laura Gonzalez_
Laura Gonzalez
Tristan & Gonzalez, LLC

Date _April 15_, 2008

**Homero Tristan**

---

| | |
|---|---|
| **From:** | Kim Kelly [kkelly@vikingtvl.com] |
| **Sent:** | Friday, April 11, 2008 5:39 PM |
| **To:** | Homero Tristan |
| **Cc:** | Miguel d'Escoto; Mike Blahut |
| **Subject:** | Tristan finalized itinerary LA - April 20-22 |

```
Travel Itinerary
>                                                  ITINERARY
>                                                  PAGE NO. 1
>                                                  PNR: 1P-2057VF
>
>        UNO
>        954 W WASHINGTON BLVD
>        THIRD FLOOR
>        CHICAGO IL 60607
>
> NAME : TRISTAN/HOMERO
>
> AGENT           BRANCH                ACCOUNT NO.       DATE
> KIM                                   3124326301        11APR08
>
> CO   DATE    CITY-AIRPORT      TIME    FLIGHT NBR/CLASS    ST SERV/AMNT
> --   ----    ------------      ----    ----------------    -- ---------
> A SU 20APR SOUTHWEST AIRLINES                              CONFIRMED
>      2008  CONFO NBR-2L8M4O                          ITEM COST:312.00
>            DEPART DATE-20APR   RETURN DATE-22APR
>            SEATS ARE AIRPORT CHECK-IN ONLY
>
> A SU 20APR LV CHICAGO/MIDWAY    1200N   SOUTHWEST      960V OK
>            AR LOS ANGELES       230P                       0STOP 73G
>
> H SU 20APR MARRIOTT MARINA DEL REY      CHECK IN- 20APR SUN/1500
>            4100 ADMIRALTY WAY           CHECK OUT-22APR TUE/1200
>            MARINA DEL REY CA US 90292   GUARANTEED TO CREDIT CARD-AX
>            PHONE-3103013000
>            FAX-3104484870
>            CONFO-84692247
>                                            RATE GUARANTEED-USD
>            MARINA VIEW CORPORATE RATE * DELUXE ROOM 1
>            RATE INFO-299.00
>            CANCEL RQRMTS-CANCEL PERMITTED UP TO  6PM DAY OF ARRIVAL
>            HOTEL TIME.  338.12 CANCEL FEE PER ROOM.
>            PERSONS INCLUDED IN RATE-1
>
> A TU 22APR LV LOS ANGELES       440P    SOUTHWEST      1922V OK
>            AR CHICAGO/MIDWAY    1030P                       0STOP 73G
>
> EMERGENCY AFTER HOURS SERVICE - 800-787-4318 THANK YOU FOR CHOOSING
> VIKING TRAVEL*KIM PLEASE RECONFIRM ALL ONGOING FLIGHTS NON REFUNDABLE
> TICKET
>
>
>
>
```

EXHIBIT B

1

```
> (CO)DE: A-AIR  H-HOTEL  C-CAR  T-TOUR  S-SURFACE  V-OTHER TRVL SERVCS
> (ST)ATUS:OK-CONFIRMED  WL-WAITLIST  RQ-REQUESTED  NS-NO SEAT
> SA-STANDBY
>
> K-5-858938-20135006-2-1-US1-E3413E7F
>
>
>
>
```

2