# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Maria Guadalupe Galeno, et al.

                              Plaintiff,

v.                                           Case No.: 1:07−cv−06619
                                                      Honorable Matthew F. Kennelly

Taqueria El Meson, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 15, 2008:

      MINUTE entry before Judge Honorable Matthew F. Kennelly:Status hearing held on 4/15/2008 and continued to 4/21/2008 at 09:30 AM. Defendants are ordered to show cause why they should not be found in default. Defendant's lead attorney, Homero Tristan, is ordered to appear in person and show cause why a sanction should not be imposed. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.