# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6619 | **DATE** | 4/16/2008 |
| **CASE TITLE** | Galena vs. Taqueria El Meson | | |

**DOCKET ENTRY TEXT**

Defendants' emergency motion to continue hearing date is granted [docket no. 15]. The order of 4/15/08 is amended to reflect that the hearing date of 4/21/08 is stricken and reset to 4/23/08 at 9:30 a.m. All other terms of the order remain in effect, including, but not limited to, the order that Mr. Tristan appear in person and show cause why an order of default should not be entered against defendants and a sanction should not be imposed against him. Mr. Tristan is also advised, as his associate was told in open court on 4/15/08, that the Court expects that prior to the hearing date, defendants will have produced to plaintiffs the documents that they committed to produce over two months ago.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|