IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIA GUADALUPE GALENO CLAUDIA POIEZ, ESTHER ALVAREZ, MARTHA MACIAS, ESMERALDA BUCIO, MARICELA RAMIREZ, JUANA NIEVES, LUZ MARIA RAMIREZ, and RUBEN MACIAS, on behalf of themselves and on behalf of all other persons similarly situated known and unknown, <br><br> Plaintiffs, <br><br> v. <br><br> TAQUERIA EL MESON, INC., and JOSE TORRES, individually, <br><br> Defendants. | Case No. 07 C 6619 <br><br> Judge Kennelly <br><br> Magistrate Judge Schenkier |

## NOTICE OF EMERGNCY MOTION

To:   Maureen Ann Bantz
    Werman Law Office, P.C.
    77 W. Washington St. STE 1402
    Chicago, IL 60602

On APRIL 17 at 9:30 a.m. or thereafter as counsel may be heard, we shall appear before the Honorable Judge Kennelly or any other Judge who may be in holding court in her stead in Room Number 2103 at Northern District of Illinois and then and there appear and present the attached:

## DEFENDANT'S EMERGENCY MOTION TO CONTINUE HEARING DATE

Taqueria El Meson, Inc. and Jose Torres

_____/s/ Homero Tristan_____
By: One of Their Attorneys

Tristan & Gonzalez, LLC
11 E. Adams, Suite 1100
Chicago, Illinois 60603
Atty. No. 188307

## CERTIFICATE OF SERVICE

    I, the undersigned, an attorney, state and certify that I caused to be served the foregoing with enclosures referred to thereon, if any, via facsimile at their addresses of record by depositing same in the U.S. Mail at 11 E. Adams, Chicago, Illinois, before 5:00 p.m. on April 15, 2008

_____