## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Maria Guadalupe Galeno, et al.
        Plaintiff,

v.              Case No.: 1:07–cv–06619
              Honorable Matthew F. Kennelly

Taqueria El Meson, Inc., et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 23, 2008:

  MINUTE entry before Judge Honorable Matthew F. Kennelly:Status hearing held on 4/23/2008 and continued 9/4/2008 at 09:30 AM. Discovery cutoff is 8/29/2008. Rule to show cause is vacated. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.