**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Galeno et al v. Taqueria El Meson, Inc. et al.

Case Number: 1:07-cv-6619

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Taqueria El Meson, Inc., Defendant, and Jose Torres, Defendant

| | |
|---|---|
| NAME (Type or print)<br>Pedro Cervantes | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Pedro Cervantes | |
| FIRM<br>Tristan & Gonzalez, LLC, now d/b/a TGC Partners | |
| STREET ADDRESS<br>11 E. Adams, Suite 1100 | |
| CITY/STATE/ZIP<br>Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6281150 | TELEPHONE NUMBER<br>(312)345-9200 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☑ NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☑

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☐ NO ☑

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐ NO ☑

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐