IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIA GUADALUPE GALENO CLAUDIA POIEZ, ESTHER ALVAREZ, MARTHA MACIAS, ESMERALDA BUCIO, MARICELA RAMIREZ, JUANA NIEVES, LUZ MARIA RAMIREZ, and RUBEN MACIAS, on behalf of themselves and on behalf of all other persons similarly situated known and unknown, <br><br> Plaintiffs, <br><br> v. <br><br> TAQUERIA EL MESON, INC., and JOSE TORRES, individually, <br><br> Defendants. | Case No. 07 C 6619 <br><br> Judge Kennelly <br><br> Magistrate Judge Schenkier |

## DEFENDANTS' MOTION TO EXTEND DISCOVERY CUT-OFF DATE

NOW COME the Defendants, Taqueria El Meson, Inc. and Jose Torres, by and through their attorneys Tristan & Gonzalez, LLC now doing business as TGC Partners, and for their Motion to Extend the Discovery Cut-Off Date, state as follows:

1. The Plaintiffs filed their Complaint at Law in the above captioned matter on or about November 26, 2007.

2. On or about April 23, 2008 this Court entered an Order setting the discovery cut-off date to August 29, 2008.

3. Plaintiffs issued Interrogatories and Request to Produce to Defendants on or about July 7, 2008. Defendants have Answered Plaintiffs' Interrogatories and have recently produced all documents requested of them in Plaintiffs' Request to Produce and available to them.

4. In early July of 2008 the Primary attorney that was previously handling the matter took a position with the City of Chicago and there was some unintentional delay in the transition of the file to a new attorney in the office.

5. Defendants recently issued Interrogatories and Request to Produce to each Plaintiff.

6. Defendants have acted in good faith and have exercised due diligence in responding to the above captioned matter.

7. This Motion is brought in good faith and is not intended to cause undue delay to the proceedings of this matter.

8. The Plaintiffs will not be unduly prejudiced by allowing the discovery cut off date to be extended.

WHEREFORE, the Defendants, Taqueria El Meson, Inc. and Jose Torres, pray that this Court enter an Order extending the discovery cut off date by 35 days or until October 3, 2008 to allow the Plaintiff's an opportunity to respond to the recently propounded written discovery.

Respectfully Submitted,

Taqueria El Meson, Inc. and Jose Torres

_____/s/ Pedro Cervantes_____
By: One of Their Attorneys