IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIA GUADALUPE GALENO CLAUDIA POIEZ, ESTHER ALVAREZ, MARTHA MACIAS, ESMERALDA BUCIO, MARICELA RAMIREZ, JUANA NIEVES, LUZ MARIA RAMIREZ, and RUBEN MACIAS, on behalf of themselves and on behalf of all other persons similarly situated known and unknown, ) ) ) ) ) ) ) ) | ) Case No. 07 C 6619 |
| Plaintiffs, ) | ) Judge Kennelly |
| v. ) ) | ) Magistrate Judge Schenkier |
| TAQUERIA EL MESON, INC., and JOSE TORRES, individually, ) ) ) | |
| Defendants. ) | |

**NOTICE OF MOTION**

To:   Douglas Werman
      Werman Law Office, P.C.
      77 W. Washington St.
      Suit 1402
      Chicago, IL 60602


On _August 26, 2008_ at __8:30 a.m.__, or thereafter as counsel may be heard, we shall appear before the Honorable Judge Schenkier holding court in Room Number 1700, at The Dirksen Federal Building, Chicago, Illinois and then and there appear and present the attached Motion to Continue the Discovery Cut-Off Date

                         Respectfully submitted

                         TAQUERIA EL MESON, INC, and JOSE
                         TORRES

                         ____/s/ Pedro Cervantes____
                         By one of its attorneys

Pedro Cervantes
TGC PARTNERS
11 East Adams Street
Suite 1100
Chicago, Illinois 60603
(312) 345-9200

## CERTIFICATE OF SERVICE

I, Pedro Cervantes, an attorney, hereby certify that I caused a copy of the aforementioned Motion To Consolidate Oral Discovery referred to herein to be served upon the persons named above at the addresses stated by mailing same, postage prepaid, via the United States Mail at 11 E. Adams, Chicago, IL, 60603 before 5:00 p.m. on August 21, 2008 and sending the same via electronic courtesy of the CM/ECF system for the Clerk of the United States District Court Northern District of Illinois, Eastern Division.

/s/ Pedro Cervantes