IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIA GUADALUPE GALENO CLAUDIA POIEZ, ESTHER ALVAREZ, MARTHA MACIAS, ESMERALDA BUCIO, MARICELA RAMIREZ, JUANA NIEVES, LUZ MARIA RAMIREZ, and RUBEN MACIAS, on behalf of themselves and on behalf of all other persons similarly situated known and unknown, <br><br> Plaintiffs, <br><br> v. <br><br> TAQUERIA EL MESON, INC., and JOSE TORRES, individually, <br><br> Defendants. | Case No. 07 C 6619 <br><br> Judge Kennelly <br><br> Magistrate Judge Schenkier |

**DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF THEIR MOTION TO EXTEND DISCOVERY CUT-OFF DATE**

NOW COME the Defendants, Taqueria El Meson, Inc. and Jose Torres, by and through their attorneys Tristan & Gonzalez, LLC now doing business as TGC Partners, and for their Motion to Extend the Discovery Cut-Off Date, state as follows:

1. The parties appeared in Court on the Defendants' Motion to Extend Discovery Cut-off Date on August 28, 2008.

2. Counsel for the Plaintiff objected to the Plaintiff's objected to the discovery cut-off being extended arguing that they were done with their discovery and that the Court should not allow any more discovery to be completed.

3. In support of the Defendant's position to extend the discovery cut-off date, Counsel for the Defendants indicated that the Plaintiffs' had not disclosed the hours that they claimed to be owed for underpayment of wages or for overtime.

4. The Court, taking into account that the Plaintiffs' had not supplemented their Rule 26(a) disclosures to disclose the calculations of damages they were seeking (See

      original Rule 26(a) disclosures attached hereto as Exhibit "A."ordered the Plaintiffs to supplement the Rule 26(a) disclosures.

5. The Plaintiffs' attorney faxed a copy of Supplemental Rule 26(a) disclosures to counsel for the Defendants on August 29, 2008.

6. The contents of the Supplemental Rule 26(a) disclosures make it necessary for counsel for the Defendants to expand on its position as to why the discovery cut-off date must be extended.

7. The Defendants respectfully request that this Court allow it to file the supplemental memorandum and related attachments attached hereto as Exhibit "A", Exhibit "B", Exhibit "C", Exhibit "D" and Exhibit "E."

WHEREFORE, the Defendants, Taqueria El Meson, Inc. and Jose Torres, pray that this Court enter an Order allowing the Defendants to file the supplemental memorandum and its related attachments in support of their Motion to continue the discovery cut-off date or to otherwise consider the matters raised in that proposed supplemental memorandum in ruling on the Motion to Continue the Discovery Cut-Off date that was entered and continued to September 4, 2008.

Respectfully Submitted,

Taqueria El Meson, Inc. and Jose Torres

      /s/ Pedro Cervantes
By: One of Their Attorneys

**CERTIFICATE OF SERVICE**

I, Pedro Cervantes, an attorney, hereby certify that I caused a copy of the aforementioned Motion referred to herein to be served upon the attorneys of record at the addresses of record by mailing same, postage prepaid, via the United States Mail at 11 E. Adams, Chicago, IL, 60603 before 5:00 pm on September 2, 2008.

_____/s/ Pedro Cervantes_____