# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| MARIA GUADALUPE GALENO, CLAUDIA POIEZ, ESTHER ALVAREZ, MARTHA MACIAS, ESMERALDA BUCIO, MARICELA RAMIREZ, JUANA NIEVES, LUZ MARIA RAMIREZ, and RUBEN MACIAS, on behalf of themselves and on behalf of all other persons similarly situated known and unknown, | ) ) ) ) ) ) ) ) ) ) |  |
| Plaintiffs, | ) ) | Case No. 07 C 6619 |
| v. | ) ) |  |
| TAQUERIA EL MESON, INC., and JOSE TORRES, individually, | ) ) ) ) | Judge Kennelly |
| Defendants. | ) ) |  |

## PLAINTIFFS' F.R.C.P. 26(a)(1) DISCLOSURES

Plaintiffs, through their attorneys, and in accordance with Rule 26(a)(1) of the Federal Rules of Civil Procedure, submit the following initial disclosures to Defendants.

A.    The following persons (other than Plaintiffs) may have discoverable information that Plaintiffs may use in support of their claims:

| | |
|---|---|
| Jose Torres<br>Owner | Knowledge of: the hours worked by Plaintiffs and other employees employed by Defendants; hours worked performing particular duties; sharing of employees among locations; and Defendants' compensation scheme. |
| Ricardo l/n/u<br>Evening Manager | Knowledge of: the hours worked by Plaintiffs and other employees employed by Defendants; hours worked performing particular duties; and Defendants' compensation scheme. |



EXHIBIT
B
tabbies

| | |
|---|---|
| Ramon l/n/u<br>Co-Worker, busboy | Knowledge of: the hours worked by Plaintiffs and other employees employed by Defendants; hours worked performing particular duties; and Defendants' compensation scheme. |
| Jorge Arambula<br>Co-Worker, cook | Knowledge of: the hours worked by Plaintiffs and other employees employed by Defendants; hours worked performing particular duties; and Defendants' compensation scheme. |
| Carlos l/n/u<br>Co-Worker, dishwasher | Knowledge of: the hours worked by Plaintiffs and other employees employed by Defendants; hours worked performing particular duties; and Defendants' compensation scheme. |
| Daniel Martinez<br>Co-Worker, cook | Knowledge of: the hours worked by Plaintiffs and other employees employed by Defendants; hours worked performing particular duties; and Defendants' compensation scheme. |
| Claudia Avila<br>Co-Worker, waitress | Knowledge of: the hours worked by Plaintiffs and other employees employed by Defendants; hours worked performing particular duties; and Defendants' compensation scheme. |
| Marta, l/n/u<br>Co-Worker, cook | Knowledge of: the hours worked by Plaintiffs and other employees employed by Defendants; hours worked performing particular duties; and Defendants' compensation scheme. |
| Juana Martinez<br>Co-Worker, cook | Knowledge of: the hours worked by Plaintiffs and other employees employed by Defendants; hours worked performing particular duties; and Defendants' compensation scheme. |

| | |
|---|---|
| Veronica Bucio<br>Co-Worker, waitress | Knowledge of: the hours worked by Plaintiffs and other employees employed by Defendants; hours worked performing particular duties; and Defendants' compensation scheme. |
| Veronica Reyes<br>Co-Worker, waitress | Knowledge of: the hours worked by Plaintiffs and other employees employed by Defendants; hours worked performing particular duties; and Defendants' compensation scheme. |
| Juanita l/n/u<br>Co-Worker, dishwasher | Knowledge of: the hours worked by Plaintiffs and other employees employed by Defendants; hours worked performing particular duties; and Defendants' compensation scheme. |
| Pablo l/n/u<br>Co-Worker, dishwasher | Knowledge of: the hours worked by Plaintiffs and other employees employed by Defendants; hours worked performing particular duties; and Defendants' compensation scheme. |
| Juanita Martinez<br>Co-Worker, cook | Knowledge of: the hours worked by Plaintiffs and other employees employed by Defendants; hours worked performing particular duties; and Defendants' compensation scheme. |
| Daniel Martinez<br>Co-Worker, cook | Knowledge of: the hours worked by Plaintiffs and other employees employed by Defendants; hours worked performing particular duties; and Defendants' compensation scheme. |
| Juana Arambula<br>Co-Worker, cook | Knowledge of: the hours worked by Plaintiffs and other employees employed by Defendants; hours worked performing particular duties; and Defendants' compensation scheme. |

| | |
|---|---|
| Lucy l/n/u<br>Co-Worker | Knowledge of: the hours worked by Plaintiffs and other employees employed by Defendants; hours worked performing particular duties; and Defendants' compensation scheme. |
| Jesus l/n/u<br>Co-Worker, cook | Knowledge of: the hours worked by Plaintiffs and other employees employed by Defendants; hours worked performing particular duties; and Defendants' compensation scheme. |
| Tiburcio l/n/u<br>Co-Worker, cook | Knowledge of: the hours worked by Plaintiffs and other employees employed by Defendants; hours worked performing particular duties; and Defendants' compensation scheme. |
| Laura Gonzalez<br>Co-Worker, waitress | Knowledge of: the hours worked by Plaintiffs and other employees employed by Defendants; hours worked performing particular duties; and Defendants' compensation scheme. |
| Ramon Fonseca<br>Co-Worker, cook | Knowledge of: the hours worked by Plaintiffs and other employees employed by Defendants; hours worked performing particular duties; and Defendants' compensation scheme. |
| Liliana l/n/u<br>Co-Worker, cook | Knowledge of: the hours worked by Plaintiffs and other employees employed by Defendants; hours worked performing particular duties; and Defendants' compensation scheme. |
| Bernabe l/n/u<br>Co-Worker | Knowledge of: the hours worked by Plaintiffs and other employees employed by Defendants; hours worked performing particular duties; and Defendants' compensation scheme. |

| | |
|---|---|
| Lucilla Vargas<br>Co-Worker | Knowledge of: the hours worked by Plaintiffs and other employees employed by Defendants; hours worked performing particular duties; and Defendants' compensation scheme. |
| Adrian Arambula<br>Co-Worker, cook | Knowledge of: the hours worked by Plaintiffs and other employees employed by Defendants; hours worked performing particular duties; and Defendants' compensation scheme. |
| Claudia Paez<br>Co-Worker | Knowledge of: the hours worked by Plaintiffs and other employees employed by Defendants; hours worked performing particular duties; and Defendants' compensation scheme. |
| Guadalupe Padilla<br>Co-Worker | Knowledge of: the hours worked by Plaintiffs and other employees employed by Defendants; hours worked performing particular duties; and Defendants' compensation scheme. |
| Carlos l/n/u<br>Co-Worker, cook | Knowledge of: the hours worked by Plaintiffs and other employees employed by Defendants; hours worked performing particular duties; and Defendants' compensation scheme. |
| Carmen l/n/u<br>Co-Worker, cook | Knowledge of: the hours worked by Plaintiffs and other employees employed by Defendants; hours worked performing particular duties; and Defendants' compensation scheme. |
| Bernardo l/n/u<br>Co-Worker, dishwasher | Knowledge of: the hours worked by Plaintiffs and other employees employed by Defendants; hours worked performing particular duties; and Defendants' compensation scheme. |

| | |
|---|---|
| Emma Ramirez<br>Co-Worker, waitress | Knowledge of: the hours worked by Plaintiffs and other employees employed by Defendants; hours worked performing particular duties; and Defendants' compensation scheme. |
| Claudia Avila<br>Co-Worker, waitress | Knowledge of: the hours worked by Plaintiffs and other employees employed by Defendants; hours worked performing particular duties; and Defendants' compensation scheme. |
| Francisco Jimenez<br>Co-Worker, cook | Knowledge of: the hours worked by Plaintiffs and other employees employed by Defendants; hours worked performing particular duties; and Defendants' compensation scheme. |
| Jesus Jimenez<br>Co-Worker, velador | Knowledge of: the hours worked by Plaintiffs and other employees employed by Defendants; hours worked performing particular duties; and Defendants' compensation scheme. |
| Leticia Macias<br>Co-Worker, waitress | Knowledge of: the hours worked by Plaintiffs and other employees employed by Defendants; hours worked performing particular duties; and Defendants' compensation scheme. |
| Patricia Macias<br>Co-Worker, waitress | Knowledge of: the hours worked by Plaintiffs and other employees employed by Defendants; hours worked performing particular duties; and Defendants' compensation scheme. |
| Jose Luis Martinez<br>Co-Worker, cook | Knowledge of: the hours worked by Plaintiffs and other employees employed by Defendants; hours worked performing particular duties; and Defendants' compensation scheme. |

| | |
|---|---|
| Jaide Hernandez<br>Co-Worker, waitress | Knowledge of: the hours worked by Plaintiffs and other employees employed by Defendants; hours worked performing particular duties; and Defendants' compensation scheme. |
| Emma Ruiz<br>Co-Worker, waitress | Knowledge of: the hours worked by Plaintiffs and other employees employed by Defendants; hours worked performing particular duties; and Defendants' compensation scheme. |
| Monica l/n/u<br>Co-Worker | Knowledge of: the hours worked by Plaintiffs and other employees employed by Defendants; hours worked performing particular duties; and Defendants' compensation scheme. |

B.     A copy of or description of documents and tangible things that are relevant to disputed facts alleged with particularity in the pleadings.

Documents relating to the charges Plaintiffs filed with the Illinois Department of Labor.

C.     The computation of any category of damages claimed by the disclosing party:

Plaintiffs do not yet have discovery from Defendants that will allow Plaintiffs to calculate damages with certainty. Defendants are obligated to maintain certain documents pursuant to federal and state law sufficient to allow Plaintiffs to determine the number of hours they worked each work week and their regular hourly rate of pay. Subject to Plaintiffs supplementing this disclosure upon completing discovery, Plaintiffs seek overtime pay at the rate of one and one half times their regular rate of pay for all time worked in excess of forty (40) hours in individual work weeks. Plaintiffs also seek the difference between the applicable federal and state minimum wage rates and the rates they were paid. Plaintiffs also seek liquidated damages with respect to their federal overtime and minimum wage claims and attorneys' fees and costs as provided for in the Fair Labor Standards Act.

Respectfully submitted,

Dated: March 31, 2008

_____
Douglas M. Werman
Maureen A. Bantz
Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, Illinois 60602
(312) 419-1008

Attorneys for Plaintiffs