IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIA GUADALUPE GALENO CLAUDIA POIEZ, ESTHER ALVAREZ, MARTHA MACIAS, ESMERALDA BUCIO, MARICELA RAMIREZ, JUANA NIEVES, LUZ MARIA RAMIREZ, and RUBEN MACIAS, on behalf of themselves and on behalf of all other persons similarly situated known and unknown,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TAQUERIA EL MESON, INC., and JOSE TORRES, individually,<br><br>　　　　　Defendants. | Case No. 07 C 6619<br><br>Judge Kennelly<br><br>Magistrate Judge Schenkier |

## NOTICE OF MOTION

To:　Douglas Werman
　　　Werman Law Office, P.C.
　　　77 W. Washington St.
　　　Suit 1402
　　　Chicago, IL 60602

On September 4, 2008 at 9:30 a.m., or thereafter as counsel may be heard, we shall appear before the Honorable Judge Kennelly holding court in Room Number 2103, at The Dirksen Federal Building, Chicago, Illinois and then and there appear and present the attached:

### DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF THEIR MOTION TO EXTEND DISCOVERY CUT-OFF DATE

　　　　　　　Respectfully submitted

　　　　　　　TAQUERIA EL MESON, INC, and JOSE
　　　　　　　TORRES

　　　　　　　　/s/ Pedro Cervantes
　　　　　　　By one of its attorneys

Pedro Cervantes
TGC PARTNERS
11 East Adams Street
Suite 1100
Chicago, Illinois 60603
(312) 345-9200

## **CERTIFICATE OF SERVICE**

I, Pedro Cervantes, an attorney, hereby certify that I caused a copy of the aforementioned Motion To Consolidate Oral Discovery referred to herein to be served upon the persons named above at the addresses stated by mailing same, postage prepaid, via the United States Mail at 11 E. Adams, Chicago, IL, 60603 before 5:00 p.m. on September 2, 2008 and sending the same via electronic courtesy of the CM/ECF system for the Clerk of the United States District Court Northern District of Illinois, Eastern Division.

/s/ Pedro Cervantes