# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Maria Guadalupe Galeno, et al.
                              Plaintiff,

v.                                                          Case No.: 1:07−cv−06619
                                                             Honorable Matthew F. Kennelly

Taqueria El Meson, Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 4, 2008:

       MINUTE entry before the Honorable Matthew F. Kennelly:Motion for extension of time to complete discovery [21] is granted. Motion for leave to file supplemental brief [24] is granted. Status hearing held on 9/4/2008 and continued to 11/5/2008 at 09:30 AM. Defendant can depose three plaintiffs between now and 10/27/2008. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.